UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24621-CIV-HUCK/O'SULLIVAN

ARTURO VELEZ, and others
similarly situated,

    Plaintiff,

vs.

T & G CORPORATION, a Florida
profit corporation,

    Defendant.

_____/



## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement And Recommending That The Case Be Dismissed With Prejudice (D.E. #20), entered February 16, 2011. Judge O'Sullivan approved the parties' settlement agreement after holding a fairness hearing. He recommended that the case be dismissed with prejudice and that the Court retain jurisdiction for 30 days from the date that the Court enters its order of dismissal to enforce the terms of the settlement agreement.

The Court has reviewed Judge O'Sullivan's order and recommendations, and is otherwise duly advised. The Court adopts Judge O'Sullivan's recommendations. Accordingly, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED. The Court retains jurisdiction until Monday, March 21, 2011 to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers, Miami, Florida, February 17, 2011.

                                                             Paul C. Huck
                                                             United States District Judge

**Copies furnished to:**
All Counsel of Record
Magistrate Judge John J. O'Sullivan